# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THE UNION LABOR LIFE INSURANCE
COMPANY, A MARYLAND
CORPORATION, ON BEHALF OF ITS
SEPARATE ACCOUNT J.

v.

ISLE OF CAPRI ASSOCIATES, L.P.,
ISLE OF CAPRI ASSOCIATES
HORIZON, L.P., AND ISLE OF CAPRI
ASSOCIATES TIDES, L.P.

PETITION OF:  ISLE OF CAPRI
ASSOCIATES, L.P., ISLE OF CAPRI
ASSOCIATES HORIZON, LP, ISLE OF
CAPRI ASSOCIATES TIDES, LP

: No. 164 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.